IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

**TAKEI GURMEANI MCFARLAND**                                                 **PLAINTIFF**

**v.**                                                                    **No. 1:20CV64-GHD-RP**

**LEE CO. ADULT DETENTION CENTER, ET AL.**                  **DEFENDANTS**

### ORDER REJECTING PLAINTIFF'S AMENDMENTS TO HIS COMPLAINT, AS THEY WERE SUBMITTED WITHOUT LEAVE OF THE COURT

The court takes up, *sua sponte*, the plaintiff's numerous amendments to his complaint. Though a "court should freely give leave [to amend] when justice so requires," Fed. R. Civ. P. 15(a), the court has discretion regarding such amendments. Indeed, the decision to grant or deny such leave is within the sound discretion of the district court. *Bloom v. Bexar County, Texas*, 130 F.3d 722, 727 (5th Cir. 1997), *Halbert v. City of Sherman*, 33 F.3d 526, 529 (5th Cir. 1994).

In this case, the plaintiff has submitted some *ten* amendments to his complaint (as well as numerous papers the court has construed as correspondence), but he has not sought leave of court to do so. In addition, the numerous amendments, submitted piecemeal, have made it difficult for the court to keep track of the allegations and sequence of events leading to the filing of this case. For this reason, the court will not consider the amendments. If the plaintiff wishes to amend his complaint, then he must seek leave of the court to do so.

**SO ORDERED**, this, the 23rd day of July, 2021.

                                                        /s/ Roy Percy
                                                        UNITED STATES MAGISTRATE JUDGE