IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

**TAKEI GURMEANI MCFARLAND**                                             **PLAINTIFF**

v.                                                                                                **No. 1:20CV064-GHD-RP**

**LEE CO. ADULT DETENTION CENTER**
**SALTILLO EMERGENCY 911 HOTLINE**
**LEE COUNTY SHERIFF'S DEPT.**
**MISSISSIPPI HIGHWAY PATROL**
**VERONA POLICE DEPARTMENT**
**VERONE POLICE CHIEF NUNN**
**CHIEF OF VERONA POLICE DEPARTMENT**
**VERONA POLICE OFFICER WASHINGTON #6 (BADGE NUMBER)**
**SALTILLO EMERGENCY 911 DISPATCH SERVICE**
**VERONA INVESTIGATOR WILLARD**
**VERONA POLICE OFFICER LARRY POLK**
**VERONA POLICE OFFICER #7 (BADGE NUMBER)**
**VERONA POLICE OFFICER MOODY**
**EX VERONA POLICE CHIEF JOHNNY PATTERSON**
**VERONA POLICE OFFICER #8**                                       **DEFENDANTS**

**ORDER ADOPTING REPORT AND RECOMMENDATION**

Having considered the file and records in this action, the court finds that the Report and Recommendation of the United States Magistrate Judge was duly served by mail upon the *pro se* plaintiff at his last known address; that more than fourteen days have elapsed since service of the Report and Recommendation; and that no objection to the Report and Recommendation has been filed or served by any party. The Magistrate Judge's Report and Recommendation should therefore be approved and adopted as the opinion of the court. It is **ORDERED**:

1. That the Report and Recommendation of the United States Magistrate Judge is hereby **APPROVED AND ADOPTED** as the opinion of the court.

2. That the following defendants be dismissed because the plaintiff intended to name them only as witnesses: Verona Police Officer Washington (Badge #6), Verona Investigator Willard, Verona Police Officer Larry Polk, Verona Police Officer with Badge #7, and Verona

Police Officer Moody.

      3.     That the following defendants should be dismissed because they are not proper defendants in a suit filed under 42 U.S.C. §1983: Lee County Adult Detention Center, Saltillo Emergency 911 Hotline, Saltillo Emergency 911 Dispatch Service, Lee County Sheriff's Department, Mississippi Highway Patrol, and the Verona Police Department.

      4.     The plaintiff's claims regarding excessive force will go forward as to the following defendants: Verona Police Chief Nunn, ex-Verona Police Officer Johnny Patterson, Verona Police Officer with Badge #8, and Mississippi Highway Patrol Officer Bryan Morrow.

**SO ORDERED**, this, the 9th day of September, 2021.

                                      **U.S. DISTRICT JUDGE**