# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# ABERDEEN DIVISION

**TAKEI GURMEANI MCFARLAND**                                                                **PLAINTIFF**

**VS.**                                                        **CIVIL ACTION NO: 1:20-CV-64-GHD-RP**

**MARSENIO NUNN,** *Chief of Police*,
**JOHNNY PATTERSON,** *Assistant Chief*,
**RICHARD WHITE,** *Officer*, **and BRYAN
MORROW,** *Highway Patrolman*                                                            **DEFENDANTS**

## ORDER GRANTING JOINT MOTION FOR LEAVE TO
## NOTICE SUBPOENAS AND TAKE PLAINTIFF'S DEPOSITION

Before the Court is the joint motion of Municipal Defendants Chief Marsenio Nunn, Assistant Chief Johnny Patterson, and Officer Richard White (Badge #8) as well as State Defendant Mississippi Highway Patrolman Bryan Morrow, for leave to Serve Subpoenas and take Plaintiff's Deposition. The Court has considered the Motion, finds that it is well-taken, and accordingly grants the request.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that Defendants are granted leave to notice and serve subpoenas to obtain Plaintiff's disciplinary and medical records and to take Plaintiff's deposition.

/s/ Roy Percy
UNITED STATES MAGISTRATE JUDGE