IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

**TAKEI GURMEANI MCFARLAND**  PLAINTIFF

VS.  CIVIL ACTION NO.: 1:20-CV-64-GHD-RP

**MARSENIO NUNN**, *Chief of Police*,
**JOHNNY PATTERSON**, *Assistant Chief*,
**RICHARD WHITE**, *Officers*, and **BRYAN
MORROW**, *Highway Patrolman*  DEFENDANTS

## AGREED RULE 54(B) ORDER OF DISMISSAL

Pursuant to a Stipulation of Dismissal filed by the parties with the Clerk of the Court, the Court hereby orders that all of Plaintiff's claims against Municipal Defendants Marsenio Nunn, Johnny Patterson, and Richard White are dismissed with prejudice.

IT IS, THEREFORE, ORDERED that all of Plaintiff's claims against Municipal Defendants Marsenio Nunn, Johnny Patterson, and Richard White, in the above-titled action, are hereby dismissed with prejudice. Plaintiff Takei McFarland's claims will continue against Defendant Bryan Morrow at this time.

SO ORDERED, this the 8th day of April, 2022.

_____
UNITED STATES DISTRICT JUDGE

**APPROVED AS TO FORM:**

_____
Takei Gurmeani McFarland
Pro se Plaintiff

*G. Todd Butler*
G. Todd Butler
Loden P. Walker

PD.37217621.1

Attorneys for Municipal Defendants Marsenio Nunn, Johnny Patterson, and Richard White

*Wilson Minor*
Wilson Douglas Minor
Attorney for Defendant Bryan Morrow