IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

**TAKEI GURMEANI MCFARLAND**                                                  **PLAINTIFF**

**v.**                                     **No. 1:20CV64-GHD-RP**

**LEE CO. ADULT DETENTION CENTER, ET AL.**                      **DEFENDANTS**

### ORDER DENYING PLAINTIFF'S MOTION FOR DISCOVERY

The plaintiff has filed a motion to serve interrogatories upon defendants Nunn, Patterson, and White in the present case proceeding under 42 U.S.C. § 1983 challenging the conditions of his confinement. Discovery in *pro se* prisoner conditions of confinement cases is limited to that set forth in the court's scheduling order. The plaintiff has not provided sufficient justification for discovery beyond the limits set forth in that order. In addition, these defendants have been dismissed with prejudice from this case. As such, the plaintiff is not entitled to conduct discovery at this time, and the motion is **DENIED**.

**SO ORDERED**, this, the 9th day of May, 2022.

/s/ Roy Percy
UNITED STATES MAGISTRATE JUDGE