IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

**TAKEI GURMEANI MCFARLAND**                           **PLAINTIFF**

v.                                                          **No. 1:20CV64-GHD-RP**

**LEE CO. ADULT DETENTION CENTER, ET AL.**               **DEFENDANTS**

**ORDER DENYING PLAINTIFF'S MOTION [95]
FOR COPIES OF DOCUMENTS FOR EXHIBIT LIST**

       This matter comes before the court on the motion [95] by the plaintiff for copies of documents and electronic media that he previously sent to the court. He has requested these documents so that he may present them to the court as his witness list. The court needs only a list of the documents, not the documents themselves. As such, the instant motion [95] is **DENIED**.

       **SO ORDERED**, this, the 9th day of May, 2022.

                                                                   /s/    Roy Percy
                                                                     UNITED STATES MAGISTRATE JUDGE