**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**ABERDEEN DIVISION**

**TAKEI GURMEANI MCFARLAND**                                                      **PLAINTIFF**

**v.**                                                                   **No. 1:20CV64-GHD-RP**

**LEE CO. ADULT DETENTION CENTER, ET AL.**                          **DEFENDANTS**

**ORDER DENYING PLAINTIFF'S**
**MOTION [96] FOR DISCOVERY**

The plaintiff has filed a motion to conduct additional discovery in the present case proceeding

under 42 U.S.C. § 1983 challenging the conditions of his confinement.   Discovery in *pro se* prisoner

conditions of confinement cases is limited to that set forth in the court's scheduling order.   The

plaintiff has not provided sufficient justification for discovery beyond the limits set forth in that order.

As such, he is not entitled to conduct discovery at this time, and the motion is **DENIED**.

**SO ORDERED**, this, the 9th day of May, 2022.

/s/    Roy Percy
UNITED STATES MAGISTRATE JUDGE