IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

**TAKEI GURMEANI MCFARLAND**                                           **PLAINTIFF**

v.                                                        No. 1:20CV64-GHD-RP

**LEE CO. ADULT DETENTION CENTER, ET AL.**                      **DEFENDANTS**

**ORDER DISMISSING PLAINTIFF'S MOTION [110]
FOR SUBSTITUTION AS MOOT**

This matter comes before the court on the motion [110] by the plaintiff to substitute another defendant for Johnny Patterson (for whom counsel has filed a Suggestion of Death). The plaintiff has since entered into a stipulation of dismissal [114] as to defendant Patterson (and others), and the court's Order [115] of Dismissal states that "all of the Plaintiff's claims against Municipal Defendant[] … Johnny Patterson … in the above-titled action, are hereby dismissed with prejudice." Doc. 115. As such, the instant motion [110] is **DISMISSED** as moot.

**SO ORDERED**, this, the 9th day of May, 2022.

                                                                            /s/ Roy Percy
                                                                            UNITED STATES MAGISTRATE JUDGE