THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

TAKEI GURMEANI MCFARLAND      PLAINTIFF

v.      No. 1:20CV64-GHD-RP

LEE CO. ADULT DETENTION CENTER, ET AL.      DEFENDANTS

## FINAL JUDGMENT

In accordance with the memorandum opinion entered this day, the defendant's motion for summary judgment is **GRANTED**, and the instant case is dismissed under the doctrine of qualified immunity.

**SO ORDERED**, this, the 11th day of May, 2022.

_____
SENIOR JUDGE