# THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
### ABERDEEN DIVISION

**TAKEI GURMEANI MCFARLAND**　　　　　　　　　　　　　　**PLAINTIFF**

**v.**　　　　　　　　　　　　　　　　　　　　　　**No. 1:20CV64-GHD-RP**

**LEE CO. ADULT DETENTION CENTER, ET AL.**　　　　　　　**DEFENDANTS**

## FINAL JUDGMENT

In accordance with the memorandum opinion entered this day:

(1) The plaintiff's motion [133] for relief from judgment is **GRANTED**;

(2) The court's memorandum opinion [124] and final judgment [125] are **VACATED**;

(3) The defendant's motion [117] for summary judgment is **REINSTATED**; and,

(4) After *de novo* review, the defendant's motion [117] for summary judgment is **GRANTED**, and the instant case is **DISMISSED** under the doctrine of qualified immunity.

**SO ORDERED**, this, the 17ᵗʰ day of March, 2023.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　SENIOR U.S. DISTRICT JUDGE